UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 10-01606 DMG (VBKx)** | Date | May 28, 2010 |
|---|---|---|---|

| Title | **Ray Hall as Trustee-in-Trust of the David Hall Trust v. Washington Mutual Bank, et al.** |
|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO VENTURA COUNTY SUPERIOR COURT

On March 4, 2010, JPMorgan Chase Bank, N.A. ("JPMorgan") removed this action from Ventura County Superior Court. JPMorgan is not a named defendant. On March 16, 2010, JPMorgan filed a "Motion to Dismiss First Amended [sic] Complaint." In its Motion, JPMorgan asserts that it has acquired "certain assets and liabilities" of Defendant Washington Mutual Bank ("WaMu") from the Federal Deposit Insurance Corporation ("FDIC") acting as receiver. (Mot. at 2.) In support of this assertion, JPMorgan cites an Office of Thrift Supervision order, which JPMorgan purports to attach to its Motion as an exhibit to a request for judicial notice. No request for judicial notice has been filed with the Court. In addition, JPMorgan asserts that a purchase and assumption agreement between it and the FDIC makes the FDIC, not JPMorgan, the entity liable for WaMu's actions taken prior to September 25, 2008. (*Id*. at 3.) JPMorgan purports to attach the purchase and assumption agreement as an exhibit to the request for judicial notice.

Plaintiff contests JPMorgan's ability to appear in this matter as a successor in interest to WaMu. In light of JPMorgan's failure to provide any evidence that it is WaMu's successor in interest and given JPMorgan's position that it is not liable for WaMu's actions taken prior to September 25, 2008, JPMorgan is ORDERED TO SHOW CAUSE why this action should not be remanded to Ventura County Superior Court as improperly removed. JPMorgan shall file its response by June 4, 2010. Plaintiff shall have until June 18, 2010, to file a reply. The hearing on the Motion to Dismiss, set for June 7, 2010 at 9:30 a.m., is taken off calendar.

**IT IS SO ORDERED.**
cc: all parties