Andrew M. Steinheimer - 200524
Darrell W. Spence - 248011
ELLIS, LaVOIE, POIRIER,
　STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
asteinheimer@ellislawgrp.com
dspence@ellislawgrp.com

Attorneys for Defendants PROFESSIONAL RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| RAY HALL, DAVID S. HALL and JEFFREY C. HALL,<br><br>　　Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, DOES 1 through 10, BRIAN MINKOW, ALAN H. FISHMAN, WAMU of JACKSONVILLE FLORIDA, KEVIN R. MCCARHTY, QUALITY LOAN SERVICES CORP., KEITH KREIDER, PROFESSIONAL RECOVERY SERVICES, INC., et al.,<br><br>　　Defendants. | Case No.: 10-CV-01606-DMG-VBKx<br><br>**DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>DATE:　March 28, 2011<br>TIME:　9:30 a.m.<br>JUDGE: Hon. Dolly M. Gee |

- 1 -

1  Defendant Professional Recovery Services, Inc., brings this Motion to Dismiss
2  Plaintiffs' Second Amended Complaint before the Court, filed on February 22, 2011,
3  with a hearing set for March 28, 2011.  Plaintiffs' have not filed an opposition to the
4  motion, which would have been due on March 7, 2011.  Lacking opposition, the motion
5  should be granted pursuant to Local Rule 7-12.
6  For this reason, in addition to reasons mentioned in its moving papers, Defendant
7  Professional Recovery Services, Inc., respectfully requests that the Court grant its
8  Motion to Dismiss Plaintiffs' Second Amended Complaint.
9  Dated: March 14, 2011

ELLIS, LAVOIE, POIRIER, STEINHEIMER
& MCGEE LLP

By: _____
Darrell W. Spence
Attorney for Defendant
PROFESSIONAL RECOVERY SERVICES, INC.

- 2 -

DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT

# CERTIFICATE OF SERVICE

I, Sharon Silva, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On March 14, 2011, I served the following document(s) on the parties in the within action:

**DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|---|---|

| | |
|---|---|
| Ray Hall<br>5136 Cochran Street<br>Simi Valley, CA 93062 | In Pro Se |
| David Hall<br>5136 Cochran Street<br>Simi Valley, CA 93062 | In Pro Se |
| Jeffrey C. Hall<br>5136 Cochran Street<br>Simi Valley, CA 93062 | In Pro Se |

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Lee Howard Fineman<br>Kaufman Kaufman and Miller<br>16633 Ventura Boulevard<br>Suite 500<br>Encino, CA 91436 | Attorneys for Defendant<br>Brian Minkow |

| | |
|---|---|
| 1  Michael B. Tannatt<br>2  AlvaradoSmith, APC<br>3  633 W. Fifth Street<br>   Suite 1100<br>4  Los Angeles, CA 90071 | Attorneys for Defendants<br>JP Morgan Chase Bank, N.A.; California Reconveyance Company; Bank of America, National Association |
| 5  Frederick C. Moore<br>6  Gallagher and Moore<br>   2 Park Plaza<br>7  Suite 680<br>8  Irvine, CA 92614 | |

9   I declare under penalty of perjury under the laws of the State of California that the
10  foregoing is a true and correct statement and that this Certificate was executed on March
11  14, 2011.

12
13                                      By  _____
14                                              Sharon Silva

- 4 -